# EXHIBIT # 1



OCWEN
PO Box 780
Waterloo IA 56704-0780
HELPING HOMEOWNERS IS WHAT WE DO! ™
OCWEN.MORTGAGEBANKSITE.COM

JOSHUA D GALVAS
619 MATHIS ST APT C
SAN ANGELO, TX 76903-8685

|  |  |  |
|---|---|---|
| From: | TIM WENDT | |
|  | Loss Mitigation Department | |
| Date: | April 19, 2013 | |
| RE: | Account Number: | XXXXX4878 |
|  | Property Address: | 4301 RED ARROW RD |
|  |  | FLINT, MI 48507 |

Attached please find 'HUD-90052' closing worksheet. This form represents our final approval to proceed with the 'Short Sale' as provided in the terms of the HUD 1 settlement statement you issued to our office.

Please be sure the 'HUD-90052' closing worksheet is executed by the seller(s), sales agent and the closing agent at the time of closing.

Please ensure the final HUD1 settlement statement is executed by the sellers, buyers and the closing agent at the time of closing.

Please ensure the net proceeds, HUD-90052 closing worksheet and signed final HUD 1 settlement are forwarded to our office immediately upon closing. Please fax a copy to TIM WENDT at 866-779-8547 and to our general fax number, (866) 709-4744.

If any figures on the HUD1 settlement statement change, you must contact us for immediate approval.

If we fail to receive any of these items by the next business day after closing, a daily interest penalty may be required.

PROCEEDS MUST BE WIRED TO:

JP Morgan Chase Bank, N.A.
ABA Routing Number 083000137
Account #85070241

Beneficiary: Ocwen Loan Servicing, LLC

Wire transfers must:

Be identified by a loan number.

Be identified by the mortgagor's name.

Include the payment amount plus an additional $5 wire fee.

Be accompanied by a fax to the Payment Processing department at (866) 340-7535 listing multiple account numbers if multiple accounts are being paid with the wire.

IF YOU HAVE ANY FURTHER QUESTIONS, PLEASE FEEL FREE TO CONTACT OUR OFFICE AT (800) 850-4622.

THANK YOU

Page 1 of 2

| Sales Contract Review<br>Pre-foreclosure Sale Program | U. S. Department of Housing<br>and Urban Development<br>Office of Housing<br>Federal Housing Commissioner | OMB Approval No.2502-0464<br>(exp. 10/31/2012) |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 9 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This information is required to obtain benefits. HUD may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

Section 204 of the National Housing Act authorizes the Secretary to pay an insurance claim that bridges the gap between the fair market value proceeds from the HUD-approved third party sale of a property. The respondent's maybe lenders (mortgagee's), counselors and homeowners who are attempting to sell their properties prior to foreclosure. The Privacy Act of 1974 pledges assurances of confidentiality to respondents. HUD generally discloses this data only in response to a Freedom of Information request.

| Mortgagee Contact Person:<br>TIM WENDT | Phone Number:<br>2444345478 | Account/Control Number:<br>0404294878 | FHA Case Number:<br>2621581265703 |
|---|---|---|---|
| Homeowner Name(s):<br>JOSHUA D GALVAS | | Property Address:<br>4301 RED ARROW RD<br>FLINT, MI 48507 | |
| Homeowner Name(s): | | | |

| Date of Sales Contract:<br>March 29, 2013 | Date contract Received by Mortgagee:<br>March 29, 2013 | Sales Agent and Firm:<br>CHRIS KEELS<br>Transactions LLC | Phone Number:<br>248-804-0231 | Sales Commission & Rate:<br>$390.00<br>(6%) |
|---|---|---|---|---|
| Offered By:<br>Kevin D. Waynick | | | Address:<br>123 hotel dr<br>flint, MI 48507 | |
| Listing Price:<br>$14,900.00 | Price Offered:<br>$6,500.00 | Appraised Value:<br>$6,500.00 | 90% of Appraised Value:<br>$5,850.00 | Estimated Net Sales Proceeds:<br>$4,285.34 |

## Mortgagee (or HUD) Review of the Sales Contract

The Sales Contract offered by the individuals listed above is:

[X] Accepted
[ ] Rejected (List reasons below)

This Sales Contract is rejected for the following reasons(s):

*Thomas Conrady*

X                04/19/2013

Mortgagee Signature and Date

---

Page 1 of 2

form HUD-90051 (06/2003)
ref. Handbook 4330.1

OMB Approval No. 2502-0265



## A. Settlement Statement (HUD-1)

**B. Type of Loan**

| | | | | |
|---|---|---|---|---|
| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File Number: F11872 | 7. Loan Number: |
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | 8. Mortgage Insurance Case Number: |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Buyer: | E. Name and Address of Seller: | F. Name and Address of Lender: |
|---|---|---|
| Kevin D. Waynick<br>4301 Red Arrow Rd<br>Flint, MI 48507 | Joshua Galvas, a married man<br>2546 Fairchild St<br>Lackland, AFB, TX 78236 | |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: |
|---|---|---|
| 4301 Red Arrow Rd.<br>Flint, MI 48507<br>Genesee County, Michigan<br>Lots 200 & 201<br>Farmamwood<br>41-29-176-061 | Liberty Title Agency<br>11407 S. Saginaw St.<br>Grand Blanc, MI 48439     Ph.  (810)357-0759<br>Place of Settlement:<br>11407 S. Saginaw St.<br>Grand Blanc, MI 48439 | April 19, 2013 |

| J. | Summary of Buyer's transaction | | K. | Summary of Seller's transaction | |
|---|---|---|---|---|---|
| **100. Gross Amount Due from Buyer:** | | | **400. Gross Amount Due to Seller:** | | |
| 101. Contract sales price | | 6,500.00 | 401. Contract sales price | | 6,500.00 |
| 102. Personal property | | | 402. Personal property | | |
| 103. Settlement Charges to Buyer (Line 1400) | | 168.00 | 403. | | |
| 104. | | | 404. | | |
| 105. | | | 405. | | |
| **Adjustments for items paid by Seller in advance** | | | **Adjustments for items paid by Seller in advance** | | |
| 106. Summer Taxes     04/19/13  to  06/30/13 | | 145.44 | 406. Summer Taxes     04/19/13  to  06/30/13 | | 145.44 |
| 107. Winter Taxes     04/19/13  to  12/31/13 | | 100.80 | 407. Winter Taxes     04/19/13  to  12/31/13 | | 100.80 |
| 108. Assessments     to | | | 408. Assessments     to | | |
| 109. | | | 409. | | |
| 110. | | | 410. | | |
| 111. | | | 411. | | |
| 112. | | | 412. | | |
| **120. Gross Amount Due from Buyer** | | 6,914.24 | **420. Gross Amount Due to Seller** | | 6,746.24 |
| **200. Amounts Paid by or in Behalf of Buyer** | | | **500. Reductions in Amount Due Seller:** | | |
| 201. Deposit or earnest money | | 500.00 | 501. Excess deposit (see instructions) | | |
| 202. Principal amount of new loan(s) | | | 502. Settlement charges to Seller (Line 1400) | | 1,495.90 |
| 203. Existing loan(s) taken subject to | | | 503. Existing loan(s) taken subject to | | |
| 204. | | | 504. Payoff First Mortgage to Ocwen Loan Servicing | | 4,500.34 |
| 205. | | | 505. Payoff Second Mortgage | | |
| 206. | | | 506. | | |
| 207. | | | 507. ($305.00 disbursed) | | |
| 208. | | | 508. | | |
| 209. Seller Paid Owner's Policy | | | 509. Seller Paid Owner's Policy | | |
| **Adjustments for items unpaid by Seller** | | | **Adjustments for items unpaid by Seller** | | |
| 210. Summer Taxes     to | | | 510. Summer Taxes     to | | |
| 211. Winter Taxes     to | | | 511. Winter Taxes     to | | |
| 212. Assessments     to | | | 512. Assessments     to | | |
| 213. | | | 513. | | |
| 214. | | | 514. | | |
| 215. | | | 515. | | |
| 216. | | | 516. | | |
| 217. | | | 517. Cash to Homeowner to Joshua A Galvas | | 750.00 |
| 218. | | | 518. | | |
| 219. | | | 519. | | |
| **220. Total Paid by/for Buyer** | | 500.00 | **520. Total Reduction Amount Due Seller** | | 6,746.24 |
| **300. Cash at Settlement from/to Buyer** | | | **600. Cash at settlement to/from Seller** | | |
| 301. Gross amount due from Buyer (line 120) | | 6,914.24 | 601. Gross amount due to Seller (line 420) | | 6,746.24 |
| 302. Less amount paid by/for Buyer (line 220) | ( | 500.00) | 602. Less reductions due Seller (line 520) | ( | 6,746.24) |
| **303. Cash** ☒ From ☐ To Buyer | | 6,414.24 | **603. Cash** ☐ To ☐ From Seller | | 0.00 |

* Paid outside of closing by borrower(B), seller(S), lender(L), or third-party(T)

| | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| **700. Total Real Estate Broker Fees** $ 390.00 | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ 195.00  to  Crown Real Estate Group | | | |
| 702. $ 195.00  to  R.D. Realty LLC | | | |
| 703. Commission paid at settlement | | | |
| 704. | | | 390.00 |
| 705. | | | |
| **800. Items Payable In Connection with Loan** | | | |
| 801. Our origination charge | $ | (from GFE #1) | |
| 802. Your credit or charge (points) for the specific interest rate chosen | $ | (from GFE #2) | |
| 803. Your adjusted origination charges to | | (from GFE #A) | 0.00 |
| 804. Appraisal fee  to | | (from GFE #3) | |
| 805. Credit Report  to | | (from GFE #3) | |
| 806. Tax service  to | | (from GFE #3) | |
| 807. Flood certification  to | | (from GFE #3) | |
| 808. | | (from GFE #3) | |
| 809. | | (from GFE #3) | |
| 810. | | (from GFE #3) | |
| 811. | | (from GFE #3) | |
| **900. Items Required by Lender to Be Paid In Advance** | | | |
| 901. Daily interest charges from  to  @ $/day | | (from GFE #10) | |
| 902. MIP Tot Ins. for Life of Loan  months to | | (from GFE #3) | |
| 903. Homeowner's insurance for  years to | | (from GFE #11) | |
| 904. | | (from GFE #11) | |
| 905. | | (from GFE #11) | |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Initial deposit for your escrow account | | (from GFE #9) | |
| 1002. Homeowner's insurance  months @ $  per  month | $ | | |
| 1003. Mortgage insurance  months @ $  per  month | $ | | |
| 1004. Property taxes | $ | | |
| 1005. | $ | | |
| 1006.  months @ $  per  month | $ | | |
| 1007.  months @ $  per  month | $ | | |
| 1008. | $ | | |
| 1009. | $ | | |
| **1100. Title Charges** | | | |
| 1101. Title services and lender's title insurance | | (from GFE #4) | 150.00 |
| 1102. Settlement or closing fee  to Liberty Title Agency | $  150.00 | | 750.00 |
| 1103. Owner's title insurance to First American Title Insurance Company | | (from GFE #5) | 265.00 |
| 1104. Lender's title insurance to First American Title Insurance Company | $ | | |
| 1105. Lender's title policy limit  $ | | | |
| 1106. Owner's title policy limit  $  6,500.00 | | | |
| 1107. Agent's portion of the total title insurance premium  to Liberty Title Agency | $  219.95 | | |
| 1108. Underwriter's portion of the total title insurance premium  to First American Title Insurance Company | $  45.05 | | |
| 1109. Courier Fee | $ | | |
| 1110. Lien Release Tracking  reQuire | $ | | |
| 1111. Doc Prep Fee  Transactions, LLC | $ | | |
| 1112. Title Review Fee  Transactions, LLC | $ | | |
| 1113. | $ | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Government recording charges  to Genesee County Register of Deeds | | (from GFE #7) | 18.00 |
| 1202. Deed $  18.00  Mortgage $  Releases $ | | Other $ | |
| 1203. Transfer taxes | | (from GFE #8) | |
| 1204. City/County tax/stamps  Deed $  7.15  Mortgage $ | | | 7.15 |
| 1205. State tax/stamps  Deed $  48.75  Mortgage $ | | | 48.75 |
| 1206. Record Lien Release  to Genesee County Register of Deeds | | | 17.00 |
| 1207. Record 2nd Deed  to Genesee County Register of Deeds | | | 18.00 |
| **1300. Additional Settlement Charges** | | | |
| 1301. Required services that you can shop for | | (from GFE #6) | |
| 1302. | $ | | |
| 1303. | $ | | |
| 1304. | $ | | |
| 1305. | $ | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | 168.00 | 1,495.80 |

* Paid outside of closing by borrower(B), seller(S), lender(L), or third-party(T)

HUD-1
(F11872.PFD/F11872/43)

# Previous Day Summary and Detail Report                           ⊘ PNC

**As of Date: April 22, 2013**                              04/23/2013 08:19:37 AM

4272489143 - Outgoing Wire/Escrow Account cont.

**Debit Transactions cont.**

  **Wire Transfer Out cont.**

    **Money Transfer DB - Wire cont.**

| Amount | Reference Number | Reference Detail |
|---|---|---|
| $39,355.00 | 76 | FED ... ....76 ORIGINATOR:LIBERTY TITLE AGENCY INC AC/4272....3 BENEFICIARY:Howard R ...ossman AC/15201... RE....BNK ...TIZENS BANK ABA:07...u528 OBI:28630 Meadowbrook; Remitter: Sue Wo rrell 810-2... ....... 873 D... TIME:1348 |
| $20,211.8 | | FED WIRE OUT 021473 ORIGINATOR:LIBERTY TITLE AGENCY INC AC/427 ... BENEFICIA... RECVBNK:CITIBANK N... ...u0209 OBI:Payoff Loan#02136303080S...dra & ....40 E Man....act rndale ...... ..EF... TRN:130422021 .....L.... |
| $8,546.98 | | FED WIRE .... 029802 ORIGINATOR:LIBERTY TITLE AGENCY INC AC/42...09149 BENEFICIARY:Ocwen Loan Se....LLC W...lear AC/82... ....BNK:CHASE MANHATTAN BANr ABA:02100021 OBI:Ref: ..uyer Mar... ck P... ...,..d Tecumseh MI 49286 mttr Liberty title 72...c... TRN:130422029802 FEDREF:00920 DATE:130422 TIME:1516 |
| $4,500.34 | 130422026345 | FED WIRE OUT 026345 ORIGINATOR:LIBERTY TITLE AGENCY INC AC/4272489143 BENEFICIARY:Ocwen Loan Servicing LLC AC/85070241 RECVBNK:JPMORGAN CHASE BANK NA ABA:083000137 OBI:Re payoff for Joshua Galvas # 06012 94878 Prop Add 4301 Red Arrow Road Flint MI 48507 Liberty Title Helena 8103570759 TRN:130422026345 FEDREF:00947 DATE:130422 TIME:1411 |
| $30.00 | | ...T 029290 ORIGINATOR:LIBERTY TITLE A....CY INC AC/4272 ...ICIARY:CHE Sub... f Account AC/304280763 RECVBNK:CHASE MAN.... BANK ABA:02100002... OBI:Rem of SS Proc:6505 ...C079Seller Christopher J B lewett and ....wettAcct 1412 88291RP... ...... .RN... DA... ...22 TIME... |

     $3,291,996.04  **Money Transfer DB - Wire Total**

     $3,291,996.04  **Wire Transfer Out Total**

**ZBA Debits**

| Amount | Reference Number | Reference Detail |
|---|---|---|
| $2,343,734.03 | 04252651836 | FUNDS TRANSFER TO ACCT 4252651836 |

     $2,343,734.03  **ZBA Debits Total**

   **$5,635,730.07 Debit Transactions Total**

# EXHIBIT # 2

# Joshua D Galvas's
# 11/4/2014 Experian Credit Report

## Accounts (cont.)

### OCWEN LOAN SERVICING L (800) 766-4622

| | |
|---|---|
| Account Name: | OCWEN LOAN SERVICING L |
| Account #: | 60129XXXX |
| Payment Status: | Legally paid in full for less than the full balance |
| Account Type: | Unknown |
| Balance: | - |
| Date Open: | 06/01/2005 |
| Last Updated: | 04/01/2013 |
| Account Status: | Closed |
| Terms: | 30 Months |
| Phone #: | (800) 766-4622 |
| Address: | 3451 HAMMOND AVE |
| Ownership: | |
| Original Creditor: | - |
| Company Sold-to: | - |
| Credit Limit: | - |
| Monthly Payment: | - |
| Past Due Amount: | - |
| High Balance: | - |
| Balloon Payment: | - |
| Comments: | - |

### 24-Month Payment History

| | 201 | 2013 | | | | | | | | | | | | 2014 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov |
| Experian | 120 | 120 | 120 | 120 | FP | | | | | | | | | | | | | | | | | | | |

# EXHIBIT # 3





Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do.*™

1661 Worthington Road, Ste 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

11/18/2014

Loan Number: ·0011114878·

Joshua D Galvas
2244 Raymond Losano Dr
Lackland Afb, TX 78236

Property Address: 4301 Red Arrow Rd
Flint, MI 48507

## Re:  Delinquency Information

Dear Joshua D Galvas

We are providing the information in this notice because, as of the date of this letter, the above account is delinquent.

**\*\*DELINQUENCY NOTICE\*\***

**You are late on your mortgage payments.** As of 11/18/14, you are 808 days delinquent on your mortgage loan. Your account first became delinquent on 09/02/12. Failure to bring your loan current may result in fees and foreclosure – the loss of your home.

Recent Account History

*   Payment due 11/01/14: UNPAID AMOUNT OF $289.8
*   Payment due 10/01/14: UNPAID AMOUNT OF $289.8
*   Payment due 09/01/14: UNPAID AMOUNT OF $289.8
*   Payment due 08/01/14: UNPAID AMOUNT OF $289.8
*   Payment due 07/01/14: UNPAID AMOUNT OF $289.8
*   Payment due 06/01/14: UNPAID AMOUNT OF $289.8

*   **Total: $6850.34. You must pay this amount to bring your loan current.** <u>Please note that the Total Amount Due</u>
    <u>includes your next regular monthly payment.</u>
    This amount may not include all fees and charges, as all fees and charges may not have been billed or posted to your
    account as of the letter date. Please contact us for your current reinstatement amount or payoff amount.

**If You Are Experiencing Financial Difficulty:**  If you are experiencing financial difficulties and would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

NMLS # 1852                                                                                                                MADNREM
*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose.
However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you
for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to
collect a debt from you personally.*



Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do™*

1661 Worthington Road, Ste 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

Should you have any questions or concerns, or believe an error has occurred, please contact us immediately 800-746-2936. We are available to assist you Monday through Friday 8:00 am to 9:00 pm ET, Saturday 8:00 am to 5:00 pm ET, and Sunday 9:00 am to 9:00 pm ET.

If you would like to submit a qualified written request, a notice of error, or a request for information, you must use the following address:

**Research Department,** P.O. Box 24736, West Palm Beach, Florida 33416-4736.

If you have any further questions regarding this letter, your account or options that we may have available, you may schedule an appointment with your Home Retention Specialist, Erica Cing, by contacting us at (800) 746-2936, Erica Cing is your designated contact for inquiries and the submission of documents as needed.

Sincerely,
Ocwen Loan Servicing, LLC

**Please Note:** This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have an active bankruptcy case or have received an Order of Discharge from a Bankruptcy Court, the following Notice Regarding Bankruptcy applies.

**Notice Regarding Bankruptcy:** Please be advised that if you are part of an active Bankruptcy case or if you have received an Order of Discharge from a Bankruptcy Court, this letter is in no way an attempt to collect either a pre-petition, post petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a Chapter 7 case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan.

NMLS # 1852                                                                 MADNREM
*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 2 of 2



Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

**OCWEN**

www.ocwencustomers.com

11/13/14 3:53 PM 1. 0020547 20141118 JKPSPI613 OCWSTMT 1 /of DCM JKFSP6000P 180551 MS

JOSHUA D GALVAS
2244 RAYMOND LOSANO DR
LACKLAND AFB TX 78236-1054



## Mortgage Account Statement

| Property Address | 4301 Red Arrow Rd |
| | Flint, MI 48507 |

| Statement Date | 11/17/14 |
|---|---|
| Account Number | 7050129878 |
| Payment Due Date | 12/01/14 |
| **Amount Due** | **$6,850.34** |

If payment is received after 12/16/14, a $1.21 late fee will be charged.

| Customer Care | 800-746-2936 |
|---|---|
| Insurance | 866-317-7661 |

### Account Information

| | |
|---|---|
| Principal Balance | $4,500.34 |
| Maturity Date | July 1, 2035 |
| Interest Rate (until June 1, 2015) | 6.00000% |
| Prepayment Penalty | No |

\* This is your Principal Balance only, not the amount required to pay the loan in full.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $8.75 |
| Interest | $21.40 |
| Escrow | $92.41 |
| **Total Regular Payment** | **$122.56** |
| Past Due Payment(s) Amount | $6,727.78 |
| **Total Amount Due** | **$6,850.34** |

### Activity Since Last Statement (10/16/14 to 11/17/14)

| | | | | | | | How Payments & Charges were Applied | | |
|---|---|---|---|---|---|---|---|---|---|
| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/ Other | Unapplied Funds |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $.00 | $.00 |
| Interest | $.00 | $.00 |
| Escrow (Taxes & Insurance) | $.00 | $.00 |
| Fees/Other Charges | $.00 | $.00 |
| Unapplied Funds\*\* | $.00 | $.00 |
| Total | $.00 | $.00 |

### Special Notices

### Important News

Please note that your monthly payment amount has changed to $122.56 effective 12/01/2014. Further detail regarding the reason for this change will be included in a separate letter.
Payments received are to be applied in accordance with your mortgage note. Payments will be first applied to bring your loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.
Tax season is right around the corner. Please visit OCWEN's website at www.ocwencustomers.com to verify the social security number on file for your loan.
If you have any questions about your loan, please call 1-800-746-2936 and ask to set up an appointment with Erica Cing, your relationship manager, or schedule an appointment at www.ocwencustomers.com.

See reverse side for important information and state specific disclosures.

# EXHIBIT # 4



## AFFIDAVIT OF JOSHUA D. GALVAS

STATE OF TEXAS   )

**COUNTY OF BEXAR)***

JOSHUA D. GALVAS being first duly sworn, deposes and says that he is of suitable age and discretion to testify in a Court of law and that he makes this Affidavit based upon personal knowledge and, if called upon to testify, would testify as follows:

1. My wife and I owned a home in Flint, Michigan whose mortgage loan was serviced by Ocwen Loan Servicing, LLC.

2. Because of a financial hardship and the bust in the real estate economy we were facing the foreclosure of our home. Instead, we made an agreement with Ocwen to short sale the property and leave the home. Ocwen called this agreement their Pre Foreclosure Sale (PFS) program.

3. The house loan was settled for approximately $6500 on or about April 19, 2012 and a new owner, Kevin D. Waynick, took over ownership of the home and the debt was eliminated in the short sale. We were paid approximately $750 by Ocwen to sell the home to Mr. Waynick.

4. Even though we don't owe anything on the home, Ocwen started to contact us this year to collect approximately $6500 that they say we owed on mortgage. We have received letters with an accruing balance every month since the spring of 2012.Every month they send us letters and add interest to the debt they say we owe on the home.

5. We thought, at first, they simply needed to process their paperwork, so we waited. Many months went by with the balance they said we owed--though we no longer owned the home and no longer owed any debt--ever increasing. When we began

receiving foreclosure notices, we contacted them. To the best of my memory, they told us it was just going to take some time to process the paperwork because shortly before the short sale the mortgage had been sold from GMAC Mortgage to Ocwen Loan Services.

6. Around the beginning of 2014, after having received monthly statements warning us of accrued debt and foreclosure notices without any break since the spring of 2012, the number of foreclosure notices and notifications that they needed to collect a supposedly owed debt began to increase from one per type (one mortgage statement and one foreclosure notice and/or attempt to collect debt) to several (one mortgage statement and *several* foreclosure notices and/or attempts to collect debt).

7. We do not owe anything on the home and any money received on the Short Sale and by the PFS program was paid to Ocwen at the closing. We did not receive the $6500.

8. We have called Ocwen a number of times to tell them to stop sending us collection letters but they do not stop. We call the phone number on their collection letters, it is hard to get anyone to listen at Ocwen and they don't call you back. We have given up trying to talk with them.

9. The interest keeps rising and a recent letter claims we are 808 days delinquent on the debt and they are charging us late fees and interest we don't owe them.

10. We can't get Ocwen to stop contacting us for money we don't owe.

JOSHUA D. GALVAS

Subscribed and sworn to before me
This _2nd_ day of December 2014.

Notary Public

ANTHONY L. CONTRERAS
MY COMMISSION EXPIRES
January 7, 2017



Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!*™

1661 Worthington Road, Ste 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

OCWEN

10/18/2014

Loan Number: 031294878

Joshua D Galvas
2244 Raymond Losano Dr
Lackland Afb, TX 78236

Property Address: 4301 Red Arrow Rd
Flint, MI 48507

## Re: Delinquency Information

Dear Joshua D Galvas

**We are providing the information in this notice because, as of the date of this letter, the above account is delinquent.**

| **\*\*DELINQUENCY NOTICE\*\*** |
|---|
| **You are late on your mortgage payments.** As of 10/17/14, you are 776 days delinquent on your mortgage loan. Your account first became delinquent on 09/02/12. Failure to bring your loan current may result in fees and foreclosure – the loss of your home.<br><br>Recent Account History<br><br>    •   Payment due 10/01/14: UNPAID AMOUNT OF $289.8<br>    •   Payment due 09/01/14: UNPAID AMOUNT OF $289.8<br>    •   Payment due 08/01/14: UNPAID AMOUNT OF $289.8<br>    •   Payment due 07/01/14: UNPAID AMOUNT OF $289.8<br>    •   Payment due 06/01/14: UNPAID AMOUNT OF $289.8<br>    •   Payment due 05/01/14: UNPAID AMOUNT OF $289.8<br><br>    •   **Total: $6727.78. You must pay this amount to bring your loan current. <u>Please note that the Total Amount Due includes your next regular monthly payment.</u>**<br>       This amount may not include all fees and charges, as all fees and charges may not have been billed or posted to your account as of the letter date. Please contact us for your current reinstatement amount or payoff amount.<br><br><br>**If You Are Experiencing Financial Difficulty:**  If you are experiencing financial difficulties and would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to <u>www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm</u> or call 800-569-4287. |

NMLS # 1852                                                                                                                                    MADNREM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*


OCWEN

**Ocwen Loan Servicing. LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!™*

1661 Worthington Road, Ste 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

Should you have any questions or concerns, or believe an error has occurred, please contact us immediately 800-746-2936. We are available to assist you Monday through Friday 8:00 am to 9:00 pm ET, Saturday 8:00 am to 5:00 pm ET, and Sunday 9:00 am to 9:00 pm ET.

If you would like to submit a qualified written request, a notice of error, or a request for information, you must use the following address:

**Research Department,** P.O. Box 24736, West Palm Beach, Florida 33416-4736.

If you have any further questions regarding this letter, your account or options that we may have available, you may schedule an appointment with your Home Retention Specialist, Erica Cing, by contacting us at (800) 746-2936, Erica Cing is your designated contact for inquiries and the submission of documents as needed.

Sincerely,
Ocwen Loan Servicing, LLC

**Please Note:** This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have an active bankruptcy case or have received an Order of Discharge from a Bankruptcy Court, the following Notice Regarding Bankruptcy applies.

**Notice Regarding Bankruptcy:** Please be advised that if you are part of an active Bankruptcy case or if you have received an Order of Discharge from a Bankruptcy Court, this letter is in no way an attempt to collect either a pre-petition, post petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a Chapter 7 case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan.

NMLS # 1852                                                                                                    MADNREM
*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*