UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA GALVAS,

    Plaintiff,

v.

                              Case No.:  2: 14-cv-01251-RJJ

                              Judge Robert J. Jonker

OCWEN LOAN SERVICING, LLC,

    Defendant.

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

By agreement of the parties evidenced by their attorneys' signatures below, Plaintiff Joshua Galvas and Ocwen Loan Servicing, LLC stipulate that this matter is dismissed with prejudice and without costs to any party.

IT IS HEREBY ORDERED this matter is dismissed with prejudice and without costs to any party.

This is a final order and closes the case.

Date:  February 17, 2015　　　　　　　　　/s/ Robert J. Jonker
                                                                            Honorable Robert J. Jonker

**STIPULATIONS:**

| **BRIAN P. PARKER PC** | **DYKEMA GOSSETT PLLC** |
|---|---|
| /s/ Brian P. Parker (with consent) | /s/ David M. Dell |
| Brian P. Parker (P48617) | David M. Dell (P61778) |
| *Counsel for Plaintiff* | *Counsel for Defendant Ocwen* |
| 2000 Town Ctr Ste 1900 | 39577 Woodward Avenue |
| Southfield, MI 48075 | Suite 300 |
| (248) 642-6268 | Bloomfield Hills, MI 48304 |
| brianparker@collectionstopper.com | (248) 203-0572 |
| | ddell@dykema.com |